NUMBER
13-02-207-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

___________________________________________________________________

 

ELIO BOTELLO AND McALLEN PRODUCE TERMINAL 

MARKET OWNERS
ASSOCIATION, INC.,                               Appellants,

 

                                                   v.

 

FIDEICOMISO LIQUIDADOR DE INSTITUCIONES 

Y ORGANIZACIONES
AUXILLIARES DE CREDITO,                     Appellee.

___________________________________________________________________

 

                   On
appeal from the County Court at Law No. 4 

                                  of Hidalgo
 County, Texas

___________________________________________________________________

 

                                   O
P I N I O N

 

                    Before
Justices Yanez, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellants, ELIO BOTELLO AND McALLEN PRODUCE TERMINAL MARKET OWNERS ASSOCIATION, INC.,
attempted to perfect an appeal from an order entered by the County
Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-37,770-D.  The order
granting temporary injunction in this cause was signed on January
25, 2002.  Pursuant to Tex. R. App.
P. 26.1(b), appellants’ notice of appeal was due on February 14, 2002, but was not filed
until March 8, 2002.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Courts letter, the appeal would be dismissed.  To date, no response has been received from
appellants.

The Court, having examined and fully considered the documents on file,
appellants’ failure to timely perfect their appeal, and appellants’ failure to
respond to this Court’s notice, is of the opinion that the appeal should be
dismissed for want of jurisdiction.  The
appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 16th
day of May, 2002.